UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael G. Deegan, Esquire
134 West King Street
Malvern, PA 19355
610-251-9160

In Re:   Alexander Boyd

Case No. 09-12567

Adv. No.

Hearing Date: 01/13/10

Judge: (KCF)

Order Filed on
1/14/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

# ORDER TO DISGORGE DISBURSEMENTS
## MADE TO U.S. BANK HOME MORTGAGE AND CHASE HOME FINANCE BY THE
## OFFICE OF THE CHAPTER 13 TRUSTEE

The relief set forth on page number two (2) is hereby **ORDERED.**

**DATED: 1/14/2010**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case No. 09-12567
Caption: Order for Disgorgement of Disbursements made to U.S. Bank Home Mortgage and Chase Home Finance by the Office of the Chapter 13 Trustee
Page 2

THIS MATTER having been opened to the Court upon the motion of Michael G. Deegan, attorney for the Debtor for an Order for Disgorgement of Disbursements made to U.S. Bank Home Mortgage and Chase Home Finance by the Office of the Chapter 13 Trustee, Notice of the Motion and the Certification in Support of the Motion having been given and served on the Chapter 13 Trustee, all creditors and all parties of interest and the Court having considered the Motion, and after due deliberation and good and sufficient cause shown:

ORDERED that U.S. Bank Home Mortgage is hereby directed to disgorge $707.21 received from the Chapter 13 Trustee.

ORDERED that Chase Home Finance is hereby directed to disgorge $151.79 received from the Chapter 13 Trustee.

ORDERED that said funds shall be returned to the Chapter 13 Trustee within ten (10) days of this Order and that said funds shall then be disbursed in accordance with the Order of Distribution as set forth in Paragraph 7(c) of the debtor's confirmed Chapter 13 Plan.

*Approved by Judge Kathryn C. Ferguson January 14, 2010*